Misc. No. 13–8002/AF. Timothy L. Merritt, Petitioner v. United States, and United States Air Force Court of Criminal Appeals, Respondents. Notice is hereby given

that a petition for extraordinary relief in the nature of a writ of mandamus was filed under Rule 27(a) on this date.